**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| SPIRO KOTE, | : No. 414 EAL 2017 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| THE BANK OF NEW YORK MELLOW FKA | : |
| THE BANK OF NEW YORK, AS TRUSTEE | : |
| FOR THE CERTIFICATEHOLDERS | : |
| CWABS, INC., ASSETBACKED | : |
| CERTIFICATE SERIES 2006-20 AND | : |
| CARRINGTON REAL ESTATE | : |
| SERVICES, LLC AND SAFEGUARD | : |
| PROPERTIES, LLC, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 26th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.